COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00809-CR |
| Style: | Rodys Sanchez v. State of Texas |
| Date motions filed[*]: | October 30, 2014 and November 10, 2014 |
| Type of motions: | Motions to Substitute as Counsel |
| Parties filing motions: | Appellant |
| Document to be filed: | N/A |

Is appeal accelerated?    No

Ordered that motions are:

☐ Granted

     If document is to be filed, document due:

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

The motions to substitute as counsel as currently filed are denied and are construed as a notice of appearance.  The Clerk of this Court is ordered to note on the docket Cory Roth's appearance as lead counsel of record for appellant.  *See* TEX. R. APP. P. 6.2.  If counsel Kelly Smith requests withdrawal, she must file a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5(d).

Judge's signature: /s/ Evelyn V. Keyes
                  ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:  November 13, 2014